FILED: October 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1846
(3:14-cv-00177-JAG)

_____

K.I.D.; H. MITCHELL DOUGLAS, a/k/a H.M.D.; ANGELA L. DOUGLAS, a/k/a A.L.D.

       Plaintiffs - Appellants

v.

CHARLES A. WILKINS, a/k/a Chuck

       Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 11/03/2014

Opening brief due: 11/03/2014

Response brief due: 12/12/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk